■ JEFF BLAINE, Respondent, v LYNN MEYER, Appellant, et al., Defendants.—In an action to recover damages for personal injuries, the defendant Meyer appeals, as limited by her brief, from so much of a purported order of the Supreme Court, Kings County (Clemente, J.), dated November 19, 1985, as granted the plaintiff's motion for reargument, and upon reargument, granted the plaintiff a general trial preference.

Ordered that the appeal is dismissed, without costs or disbursements.

A dismissal of the appeal is warranted since "[t]he purported order is nothing more than an unsigned transcript of an oral decision and does not comply with CPLR 2219 (a)" *(see, Ojeda v Metropolitan Playhouse,* 120 AD2d 717-718). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.